

*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★  ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-07-00831-CV

**IN THE ESTATE OF JOSE LUIS POMAR, DECEASED**
Appellant

From the County Court at Law No 1, Webb County, Texas
Trial Court No. 2007-PB4-000018-L1
Honorable Alvino (Ben) Morales, Judge Presiding

PER CURIAM

Sitting:      Rebecca Simmons, Justice
              Steven C. Hilbig, Justice
              Marialyn Barnard, Justice

Delivered and Filed:  April 15, 2009

DISMISSED

Appellant's brief, which was due on February 9, 2009, has not been filed. On March 16, 2009, this court ordered appellant to show cause in writing by March 31, 2009, why this appeal should not be dismissed for want of prosecution. Appellant did not respond. The appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

PER CURIAM